# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CRAIG C. NELSON § Case No. 10-35354
§ Chapter 7
§ Hon. CAROL A. DOYLE
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 06/23/2011 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**  ILLINOIS
<u>EASTERN DIVISION</u>

In re:   CRAIG C. NELSON         § Case No. 10-35354
§ Chapter 7
§ Hon. CAROL A. DOYLE
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $15,000.00
*and approved disbursements of*                    $0.00
*leaving a balance on hand of* [1]             $15,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE |  |  |  |  | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $15,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*   ALLAN J. DeMARS | $2,250.00 | $0.00 | $2,250.00 |
| *Trustee, Expenses*   ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,250.00 |
| Remaining balance: | $12,750.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for         , Fees* | | | |
| *Accountant for         , Expenses* | | | |
| Other | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $12,750.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $12,750.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,248,414.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $76.61 | $0.00 | $0.78 |
| 2 | New City Bank | $1,213,671.77 | $0.00 | $12,395.18 |
| 3 | Sprint Nextel | $114.88 | $0.00 | $1.17 |
| 4 | Commonwealth Edison Co. | $551.34 | $0.00 | $5.63 |
| 5 | Jeffrey Kupfer | $34,000.00 | $0.00 | $347.24 |

Total to be paid for timely general unsecured claims: $12,750.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00__ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

          Total to be paid for subordinated claims:   $0.00
          Remaining balance:   $0.00

         Prepared By: /s/ ALLAN J. DeMARS
               Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-35354-CAD
Craig C. Nelson                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2            Date Rcvd: May 27, 2011
                              Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
```
db          +Craig C. Nelson,    6126 W. 83rd Street,    Burbank, IL 60459-1802
aty         +James L Ebersohl,    James L Ebersohl,    11212 S Harlem,    Worth, IL 60482-1804
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
15966314    +AT& T,    PO Box 8100,    Aurora, IL 60507-8100
15966313     Allied Waste Services,    PO Box 9001154,    Louisville, KY 40290-1154
15966316     Chase,    PO Box 9001020,    Louisville, KY 40290-1020
15966315     Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
15966317     Cintas Corporation #21,    PO Box 5,    Bedford Park, IL 60499-0005
15966318     Citizens Insurance,    PO Box 17850,    Jacksonville, FL 32245-7850
15966319    +Col/Debt Collections Systems,    8 S. Michigan Ave,    Suite 618,    Chicago, IL 60603-3469
15966321    +Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
15966320    +Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
15966325    +First Secure Bank,    10360 S. Roberts Rd,    Palos Hills, IL 60465-1930
15966329    +Fonseca Landscaping & Lawn Care,    9 Argyle Pl,    Joliet, IL 60433-1539
15966332     Gulf Gate Garden Homes Assn Inc,    PO Box 21274,    Sarasota, FL 34276-4274
15966333     Illinois Casualty Ins,    PO Box 4208,    Rock Island, IL 61204-4208
15966334    +Jeffery Kupfer,    6200 W. 83rd Street,    Burbank, IL 60459-1804
15966335     Justice-Willow Springs Water Comm.,    7000 S, Archer Road,    Justice, IL 60458-1196
15966336    +New City Bank,    Carroll, Hartigan & Cerney, Ltd.,    218 North Jefferson Street,
              Chicago, IL 60661-1121
15966337    +New City Bank,    % Carroll, Hartigan & Cerney, Ltd.,    218 North Jefferson St.,
              Chicago, IL 60661-1121
15966344   ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel,    Sprint Nextel Correspondence,    Attn Bankruptcy Dept,
              PO Box 7949,    Overland Park, KS 66207-0949)
15966340     Sam’s Club Discover,    PO Box 960016,    Orlando, FL 32896-0016
15966341     Sarasota County Enviro. Serv/Util,    PO Box 30027,    Tampa, FL 33630-3027
15966342    +South Stickney Sanitary,    7801 S. Lavergne,    Burbank, IL 60459-1593
15966345    +Sullivan & Sullivan Accounting,    13800 S. Cicero Ave,    Midlothian, IL 60445-4313
15966346    +Swanel, Inc.,    PO Box 1186,    Hammond, IN 46325-1186
15966348     Village of Justice,    7800 Archer Road,    Justice, IL 60458-1199
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15966322     E-mail/Text: legalcollections@comed.com May 28 2011 08:33:45     Commonwealth Edison,
              Bill Payment Center,    Chicago, IL 60668-0001
17016984    +E-mail/Text: legalcollections@comed.com May 28 2011 08:33:45     Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16740170     E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2011 08:47:31     Discover Bank,
              Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
15966324    +E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2011 08:47:31     Discover Credit Card,
              PO Box 6103,    Carol Stream, IL 60197-6103
15966328    +E-mail/Text: Bankruptcy@fpl.com May 28 2011 08:33:45      Florida Power & Light Co,
              PO Box 025576,    Miami, FL 33102-5576
15966338    +E-mail/Text: bankrup@nicor.com May 28 2011 08:33:44      Nicor,    P.O. Box 416,
              Aurora, IL 60568-0001
15966339     E-mail/Text: bankrup@nicor.com May 28 2011 08:33:44      Nicor,    P.O. Box 0632,
              Aurora, IL 60507-0632
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15966331      Ford Motor Credit
15966323*     Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
15966326*    +First Secure Bank,    10360 S. Roberts Rd,    Palos Hills, IL 60465-1930
15966327*    +First Secure Bank,    10360 S. Roberts Rd,    Palos Hills, IL 60465-1930
15966330*    +Fonseca Landscaping & Lawn Care,    9 Argyle Pl,    Joliet, IL 60433-1539
15966343*    +South Stickney Sanitary,    7801 S. Lavergne,    Burbank, IL 60459-1593
15966347*    +Swanel, Inc.,    PO Box 1186,    Hammond, IN 46325-1186
                                                                                   TOTALS: 1, * 6, ## 0
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: May 27, 2011
                              Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**              **Signature:**     _/s/ Joseph Speetjens_